UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OWEN NICHOLS,

                          Plaintiff,

  -v-                                        9:17-CV-156
                                                (DNH/ATB)

PATRICK J. ALLEN, Corrections Officer;
KOREY S. BEZIO, Corrections Sergeant;
WILLIAM J. LECLAIR, Corrections Sergeant;
BRYAN D. MASON, Corrections Sergeant;
DAVID J. MYATT, Corrections Officer;
PATRICK CLANCY, Corrections Officer;
MATTHEW LAFOUNTAIN, Corrections Officer;
and CHRISTOPHER J. NICHOLS, Corrections
Officer,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

OWEN NICHOLS
Plaintiff pro se
13-A-3846
Downstate Correctional Facility
Box F
Fishkill, NY 12524

HON. ERIC T. SCHNEIDERMAN          WILLIAM A. SCOTT, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224


DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Pro se plaintiff Owen Nichols brought this civil rights action pursuant to 42 U.S.C. § 1983.  On October 19, 2017, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's motion for summary judgment be denied.  Objections to the Report-Recommendation were due on November 6, 2017.  Plaintiff's untimely objections were received on January 26, 2018.

Based upon a careful review of the Report-Recommendation, the Report-Recommendation is accepted in whole.  See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's motion for summary judgment is DENIED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 15, 2018
       Utica, New York.