UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OWEN NICHOLS,

                              Plaintiff,

   -v-                                      9:17-CV-156
                                                  (DNH/ATB)

PATRICK J. ALLEN, Corrections Officer;
KOREY S. BEZIO, Corrections Sergeant;
WILLIAM J. LECLAIR, Corrections Sergeant;
BRYAN D. MASON, Corrections Sergeant;
DAVID J. MYATT, Corrections Officer;
PATRICK CLANCY, Corrections Officer;
MATTHEW LAFOUNTAIN, Corrections Officer;
and CHRISTOPHER J. NICHOLS, Corrections
Officer,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                   OF COUNSEL:

OWEN NICHOLS
Plaintiff pro se
13-A-3846
Downstate Correctional Facility
Box F
Fishkill, NY 12524

HON. ERIC T. SCHNEIDERMAN           WILLIAM A. SCOTT, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224


DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Owen Nichols brought this civil rights action pursuant to 42 U.S.C. § 1983.  On March 1, 2018, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion to dismiss for failure to prosecute and/or for sanctions pursuant to Federal Rule of Civil Procedure 37(b) be denied without prejudice.

Based upon a careful review of the Report-Recommendation, the Report-Recommendation is accepted in whole.  See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Defendants' motion to dismiss for failure to prosecute and/or for sanctions pursuant is DENIED without prejudice.

IT IS SO ORDERED.

United States District Judge

Dated:  March 23, 2018
        Utica, New York.