UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OWEN NICHOLS,

                            Plaintiff,

    -v-                                          9:17-CV-156
                                                  (DNH/ATB)

PATRICK J. ALLEN, Corrections Officer;
KOREY S. BEZIO, Corrections Sergeant;
WILLIAM J. LECLAIR, Corrections Sergeant;
BRYAN D. MASON, Corrections Sergeant;
DAVID J. MYATT, Corrections Officer;
PATRICK CLANCY, Corrections Officer;
MATTHEW LAFOUNTAIN, Corrections Officer;
and CHRISTOPHER J. NICHOLS, Corrections
Officer,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

OWEN NICHOLS
Plaintiff pro se
111 Bridge Street
Apt 8H
Brooklyn, NY 11201

HON. LETITIA JAMES                            WILLIAM A. SCOTT, ESQ.
Attorney General for the State of New York     Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Owen Nichols brought this civil rights action against a myriad of correctional officers. On October 4, 2018, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that defendants' unopposed motion to dismiss for lack of prosecution and/or for sanctions pursuant to Federal Rules of Civil Procedure 37(d) and 41(b) be granted and further recommended that the complaint be dismissed if plaintiff fails to file meritorious objections to the Report-Recommendation. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Defendants' motion to dismiss is GRANTED and the complaint is DISMISSED WITH PREJUDICE.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

United States District Judge

Dated: February 13, 2019
Utica, New York.